FILED IN
Third Court of Justice
Sixth District
JUL 1 3 2015
Texarkana, Texas
Debra K. Autrey, Clerk

RECEIVED IN
The Court of Appeals
Sixth District
JUL 1 3 2015
Texarkana, Texas
Debra Autrey, Clerk

To: The Honorable Chief of Justice
Josh R. Morris III

07/ /15

06-14-00161-CK

I come humbly before the Court & I respectfully submit my notification of appealling the Appellate courts Decision based on the violations of my 6th Amendment rights to Adequate counsel during the appeals process & violating my 14th Amendment of due process to lack of adequate counsel, noting that my Appeal attorney Katherine A. Ferguson only contacted me (one) time at the John B. Connally Unit notifing me she was withdrawing from my case. I tried to contact her via mail but she did not respond to my letters regarding my case. She did not investigate anything. I have no knowledge of law thus I request appointment of counsel & I would like to request counsel experienced in my type of case. I firmly believe that I did not have proper counsel & I humbly make a request to your Court sir. Thank you very much.

If possible, I request any help in this matter. I am indigent & have no way to pay for an attorney for any stage of my appeal process or Petition for Descretionary Review. Thank you for an assistance in this matter.

Very Respectfully,
Harvey Teel #1956147
John B. Connally Unit
899 FM 632
Kenedy, TX. 78119